WILLIAM N. DECKER, as Committee of the Estate of CHARLES CONSELYEA, Respondent, *v.* JOHN P. CONSELYEA, Appellant.

*Decker* v. *Conselyea*, 166 App. Div. 941, affirmed.
(Argued December 5, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 1, 1915, affirming a judgment in favor of plaintiff entered upon the report of a referee. Charles Conselyea and the defendant are brothers. Until April of 1905 they were in business together at 333 Graham avenue, Brooklyn, N. Y. They inherited con-

siderable property from their parents, John Conselyea and Sarah Conselyea. In April of 1905 the brothers quarreled. Charles, the incompetent, shot the appellant. Charles was indicted for assault in the first degree. He was tried in the County Court of Kings county and convicted. After the assault and before his trial the public officials came to the conclusion that there was some question as to his sanity. An investigation was made and he was found sane. Then he was tried. He was sentenced to Sing Sing prison for not less than two nor more than five years. His term of imprisonment began on the 20th day of July, 1905. On March 10, 1906, he was transferred to Dannemora State Hospital because he had become insane. He has been in Dannemora State Hospital ever since. Plaintiff having been appointed committee of the estate of the incompetent has brought this action for an accounting.

*Albert E. Richardson* for appellant.

*Rawdon W. Kellogg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ.